**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

ALEX MARQUEZ,

    Petitioner,

vs.

E.K. McDANIEL and ATTORNEY GENERAL FOR THE STATE OF NEVADA,

    Respondent

3:15-cv-00492-MMD-VPC

**ORDER**

The Federal Public Defender having advised the court that a conflict exists in representing petitioner, and good cause appearing;

**IT IS THEREFORE ORDERED** that Angela Dows, 1333 North Buffalo Drive, Suite 210, Las Vegas, NV 89128, is appointed as counsel for petitioner for all future proceedings.

**IT IS FURTHER ORDERED** that petitioner shall have **sixty (60) days** from the date on which this order is entered to file an amended petition for a writ of habeas corpus.

**DATED** this 12th day of November, 2015.

_____

Miranda M. Du, District Judge
United States District Court