UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEX MARQUEZ,<br><br>              Petitioner,<br>v.<br>E. K. McDANIEL, et al.,<br><br>             Respondents. | Case No. 3:15-cv-00492-MMD-VPC<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time (first request) (dkt. no. 9), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (first request) (dkt. no. 9) is granted. Petitioner will have through March 14, 2016, to file and serve and amended petition for a writ of habeas corpus.

DATED THIS 20th day of January 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE