# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEX MARQUEZ,<br><br>　　　　　Petitioner,<br>　v.<br>E. K. McDANIEL, et al.,<br><br>　　　　　Respondents. | Case No. 3:15-cv-00492-MMD-VPC<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time (second request) (dkt. no. 1), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time (second request) (dkt. no. 11) is granted. Petitioner will have through May 13, 2016, to file and serve and amended petition for a writ of habeas corpus.

DATED THIS 7th day of March 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE