UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEX MARQUEZ,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>E. K. McDANIEL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:15-cv-00492-MMD-VPC<br><br>ORDER |

Before the Court are respondents' motion for waiver of compliance with LR IA 10-3 (ECF No. 39) and petitioner's unopposed motion for extension of time to file a response to respondents' motion to dismiss (first request) (ECF No. 40). The Court grants both motions.

It is therefore ordered that respondents' motion for waiver of compliance with LR IA 10-3 (ECF No. 39) is granted.

It is further ordered that petitioner's unopposed motion for extension of time to file a response to respondents' motion to dismiss (first request) (ECF No. 40) is granted. Petitioner will have through October 6, 2016, to file and serve a response to the motion to dismiss (ECF No. 30).

DATED THIS 18th day of August 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE