UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEX MARQUEZ,<br><br>　　　　　　Petitioner,<br>　v.<br><br>E. K. McDANIEL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:15-cv-00492-MMD-VPC<br><br>ORDER |

Petitioner having filed an unopposed motion for extension of time to file a response to respondents' motion to dismiss (second request) (ECF No. 42), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time to file a response to respondents' motion to dismiss (second request) (ECF No. 42) is granted. Petitioner will have through November 4, 2016, to file and serve a response to the motion to dismiss (ECF No. 30).

DATED THIS 7th day of October 2016.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE