# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEX MARQUEZ,<br><br>                Petitioner,<br>    v.<br>E.K. MCDANIEL, *et al.*,<br><br>                Respondents. | Case No. 3:15-cv-00492-MMD-VPC<br><br>ORDER |

The Court dismissed this action for untimeliness, but the Court did not address Respondents' other arguments. (ECF No. 50.) The court of appeals reversed, finding that the action is timely under *Smith v. Williams*, 871 F.3d 684 (9th Cir. 2017). Respondents will need to file a new answer or other response to the amended petition (ECF No. 14).

It is therefore ordered that Respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the amended petition (ECF No. 14).

It is further ordered that if Respondents file and serve an answer, they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner will then have forty-five (45) days from the date on which the answer is served to file a reply.

It is further ordered that if Respondents file and serve a motion, Petitioner will have fourteen (14) days from the date of service of the motion to file a response to the motion. Respondents will then have seven (7) days from the date of service of the response to file a reply.

DATED THIS 10th day of August 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE