UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEX MARQUEZ,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>E.K. MCDANIEL, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:15-cv-00492-MMD-CBC<br><br>ORDER |

Respondents have filed an unopposed motion for extension of time (second request). (ECF No. 63.) Good cause appearing, the Court will grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (second request) (ECF No. 63) is granted. Respondents will have through February 25, 2019, to file an answer or other response to the amended petition (ECF No. 14).

DATED THIS 12th day of December 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE