UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALEX MARQUEZ, | Case No. 3:15-cv-00492-MMD-CBC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| E.K. MCDANIEL, *et al.*, | |
| Respondents. | |

Respondents filed a motion for extension of time (third request) (ECF No. 66). The Court finds Respondents have sufficiently demonstrated good cause to grant the motion.

It is therefore ordered that Respondents' motion for extension of time (third request) (ECF No. 66) is granted. Respondents will have through May 28, 2019, to file an answer or other response to the amended petition (ECF No. 14).

DATED THIS 1st day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE