UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALEX MARQUEZ,

Petitioner,

v.

E.K. McDANIEL, *et al.,*

Respondents.

Case No. 3:15-cv-00492-MMD-CBC

ORDER

Good cause appearing, Respondents' motion for an extension of time (ECF No. 68) is granted *nunc pro tunc*, in connection with the motion to dismiss (ECF No. 69) filed on June 4, 2019.

DATED THIS 6th day of June 2019.

_____

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE