UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEX MARQUEZ,<br><br>                 Petitioner,<br>   v.<br><br>E.K. MCDANIEL, *et al.*,<br><br>                 Respondents. | Case No. 3:15-cv-00492-MMD-CBC<br><br>ORDER |

Petitioner filed an unopposed motion for extension of time (first request) (ECF No. 71). The Court finds good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 71) is granted. Petitioner will have through August 16, 2019, to file a response to the motion to dismiss (ECF No. 69).

DATED THIS 19th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE