UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALEX MARQUEZ, | Case No. 3:15-cv-00492-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| E.K. MCDANIEL, et al., | |
| Respondents. | |

Before the Court is Respondents' motion for extension of time (first request) (ECF No. 81). The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents motion for extension of time (first request) (ECF No. 81) is granted. Respondents will have up to and including August 20, 2020, to file an answer to the first amended petition (ECF No. 14).

DATED THIS 21st day of May 2020

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE