UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ALEX MARQUEZ,

                      Petitioner,

     v.

E.K. MCDANIEL, *et al.*,

                  Respondents.

Case No. 3:15-cv-00492-MMD-CLB

ORDER

     Before the Court is Respondents' unopposed motion for extension of time (second request) (ECF No. 83). The Court finds that good cause exists to grant the motion.

     It is therefore ordered that Respondents' unopposed motion for extension of time (second request) (ECF No. 83) is granted. Respondents will have up to and including September 22, 2020, to file an answer to the first amended petition (ECF No. 14).

     DATED THIS 21st day of August 2020.

_____

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE