UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEX MARQUEZ,<br><br>　　　　　　Petitioner,<br>　v.<br><br>E.K. MCDANIEL, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:15-cv-00492-MMD-CLB<br><br>ORDER |

Before the Court is Respondents' unopposed motion for extension of time (third request) (ECF No. 85). The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for extension of time (third request) (ECF No. 85) is granted. Respondents will have up to and including October 22, 2020, to file an answer to the first amended petition (ECF No. 14).

DATED THIS 24th day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE