UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEX MARQUEZ, | Case No. 3:15-cv-00492-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| E.K. MCDANIEL, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' motion for extension of time (fourth request) (ECF No. 88). The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time (fourth request) (ECF No. 88) is granted. Respondents will have up to and including October 28, 2020, to file an answer to the first amended petition (ECF No. 14).

DATED THIS 23rd day of October 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE