# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEX MARQUEZ,<br><br>          Petitioner,<br>  v.<br><br>E.K. MCDANIEL, *et al.*,<br><br>          Respondents. | Case No. 3:15-cv-00492-MMD-CLB<br><br>ORDER |

Petitioner has filed an unopposed motion for extension of time. (ECF No. 91.) Petitioner's counsel notes that since Respondents filed their Answer to Petitioner's First Amended Petition (ECF No. 90), she has been unable to communicate with Petitioner in order to confer about his reply. (ECF No. 91 at 3.) The Court finds good cause to grant Petitioner's motion.

It is therefore ordered that Petitioner's unopposed motion for extension of time (first request) (ECF No. 91) is granted. Petitioner will have up to and including December 18, 2020, to file and serve a reply to Respondents' Answer (ECF No. 90).

DATED THIS 30th Day of November 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE