# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALEX MARQUEZ,<br><br>　　　　　　　Petitioner,<br>　　v.<br>E.K. MCDANIEL, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:15-cv-00492-MMD-CLB<br><br>ORDER |

Upon review of the exhibits filed by Petitioner and Respondents in the above matter, the Court finds that both parties failed to comply with the redaction requirements of LR IC 6-1. Petitioner's Exhibit 1 (ECF No. 16) in support of his First Amended Petition and Respondents' Exhibit 9 (ECF No. 32-9) in support of their motion to dismiss each contain personal-data identifiers. Compelling reasons therefore exist to seal these documents because they contain sensitive personal information and the parties cannot change their filings.

The Clerk of Court is directed to seal the documents filed as ECF No. 16 and ECF No. 32-9.

It is therefore ordered that within 10 days of the date of entry of this order, Marquez must file a redacted publicly available copy of the document filed as ECF No. 16 in compliance with LR IC 6-1(a)(1) and (a)(3).

///
///
///
///
///
///

It is further ordered that within 14 days of the date of entry of this order, Respondents must file a redacted publicly available copy of the document filed as ECF No. 32-9 in compliance with LR IC 6-1(a)(3).

DATED THIS 25th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE